NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMD MILLIPORE CORPORATION (formerly known as Millipore Corporation),**
*Plaintiff-Appellant,*

**v.**

**W.L. GORE & ASSOCIATES, INC.,**
*Defendant-Appellee.*

---

2011-1029, 2012-1371

---

Appeals from the United States District Court for the District of Massachusetts in No. 09-CV-10765, Judge Douglas P. Woodlock.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to dismiss the above-captioned appeals with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

EMD MILLIPORE CORPORATION v. W.L. GORE & ASSOCIATES,   2
INC.

(2)  Each side shall bear its own costs.

(3)  All other pending motions are moot.

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s21


Issued As A Mandate: June 20, 2013